1  T. Scott Belden, SBN 184387
   *scott@bbr.law*
2  Kaleb L. Judy, SBN 266909
   *kaleb@bbr.law*
3  Angelo A. Villarreal, SBN 315917
   *angelo@bbr.law*
4  BELDEN BLAINE RAYTIS, LLP
   5016 California Avenue, Suite 3
5  Bakersfield, California 93309
   Telephone: (661) 864-7827
6  Facsimile: (661) 878-9797

7  Attorneys for Defendants

8

9              **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11  SEBASTIANA MARTINEZ-SANCHEZ, an       Case No. 1:19-cv-01404-DAD-JLT
    individual, and EUGENIO ANTONIO-CRUZ,
12  an individual, on behalf of themselves and all
    other persons similarly situated, the State of   **ANSWER OF DEFENDANTS ANTHONY**
13  California and current and former aggrieved      **VINEYARDS, INC. AND SYCAMORE**
    employees,                                        **LABOR, INC.; DEMAND FOR JURY**
14                                                    **TRIAL**
                    Plaintiff,
15
         v.
16
    ANTHONY VINEYARDS, INC., a California
17  Corporation, and SYCAMORE LABOR, INC.,
    a California Corporation.
18
                    Defendants.
19

20      Defendants ANTHONY VINEYARDS, INC. ("AVI") and SYCAMORE LABOR, INC.

21  ("Sycamore") (collectively "Defendants") hereby answer the *Class Action Complaint* ("Complaint")

22  filed by Plaintiff SEBASTIANA MARTINEZ-SANCHEZ and EUGENIO ANTONIO-CRUZ

23  (collectively "Plaintiffs") on October 4, 2019, and allege as follows:

24                      **ANSWER TO THE COMPLAINT**

25                            **INTRODUCTION**

26      1.      Defendants lack sufficient information, knowledge, and/or belief to admit or deny

27  the allegations in Paragraph 1 of the Complaint, and on that basis, Defendants deny the allegations

28  in Paragraph 1 of the Complaint.

2.      Defendants deny the allegations in Paragraph 2 of the Complaint.

3.      Defendants admit that Plaintiffs seek the damages set forth in Paragraph 3 of the Complaint based on the claims alleged in Paragraph 3 of the Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 3 of the Complaint including, but not limited to, the Plaintiffs and those Plaintiffs purportedly seek to represent (collectively, "Plaintiffs") are entitled to the relief requested or any relief whatsoever.

4.      Defendants deny the allegations in Paragraph 4 of the Complaint.

5.      Defendants deny the allegations in Paragraph 5 of the Complaint.

### JURISDICTION AND VENUE

6.      Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 6 of the Complaint including, but not limited to subparagraphs (a) through (c) of Paragraph 6 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 6 of the Complaint including, but not limited to, subparagraphs (a) through (c) of Paragraph 6 of the Complaint.

7.      Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 7 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 7 of the Complaint.

8.      Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 8 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 8 of the Complaint.

### INTRADISTRICT ASSIGNMENT

9.      Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 9 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 9 of the Complaint.

### PARTIES

10.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 10 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 10 of the Complaint.

11.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 11 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 11 of the Complaint.

12.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 12 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 12 of the Complaint.

13.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 13 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 13 of the Complaint.

14.     AVI admits the allegations in Paragraph 14 of the Complaint.

15.     AVI lacks sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 15 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 15 of the Complaint.

16.     AVI lacks sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 16 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 16 of the Complaint.

17.     AVI denies the allegations in Paragraph 17 of the Complaint.

18.     AVI denies the allegations in Paragraph 18 of the Complaint.

19.     Sycamore admits the allegations in Paragraph 19 of the Complaint.

20.     Defendants deny the allegations in Paragraph 20 of the Complaint.

21.     Defendants admit the allegations in Paragraph 21 of the Complaint.

22.     Sycamore admits that it operates a business that employs persons within the meaning of Wage Order 14. Except as expressly admitted, Sycamore denies all other allegations in Paragraph 22 of the Complaint.

23.     Sycamore denies the allegations in Paragraph 23 of the Complaint.

24.     Defendants deny the allegations in Paragraph 24 of the Complaint.

///

///

Answer of Defendants to Class Action Complaint

**GENERAL ALLEGATIONS**

25. Defendants admit that they each have operations in Kern County but otherwise deny the allegations in Paragraph 25 of the Complaint.

26. Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 26 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 26 of the Complaint.

27. Defendants admit that Plaintiffs were employed by farm labor contractors, including, but not limited to, Sycamore. Except as expressly admitted, Defendants deny all other allegations in Paragraph 27 of the Complaint.

28. Defendants deny the allegations in Paragraph 28 of the Complaint.

29. Defendants deny the allegations in Paragraph 29 of the Complaint.

30. Defendants admit the allegations in Paragraph 30 of the Complaint.

31. Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 31 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 31 of the Complaint.

32. Defendants deny the allegations in Paragraph 32 of the Complaint.

33. Defendants deny the allegations in Paragraph 33 of the Complaint.

34. Defendants deny the allegations in Paragraph 34 of the Complaint.

35. Defendants deny the allegations in Paragraph 35 of the Complaint.

36. Defendants deny the allegations in Paragraph 36 of the Complaint.

37. Defendants deny the allegations in Paragraph 37 of the Complaint.

38. Defendants deny the allegations in Paragraph 38 of the Complaint.

39. Defendants deny the allegations in Paragraph 39 of the Complaint.

40. Defendants deny the allegations in Paragraph 40 of the Complaint.

41. Defendants deny the allegations in Paragraph 41 of the Complaint.

42. Defendants deny the allegations in Paragraph 42 of the Complaint.

43. Defendants deny the allegations in Paragraph 43 of the Complaint.

44. Defendants deny the allegations in Paragraph 44 of the Complaint.

Answer of Defendants to Class Action Complaint

45.     Defendants deny the allegations in Paragraph 45 of the Complaint.

46.     Defendants deny the allegations in Paragraph 46 of the Complaint.

47.     Defendants deny the allegations in Paragraph 47 of the Complaint.

48.     Defendants deny the allegations in Paragraph 48 of the Complaint.

49.     Defendants deny the allegations in Paragraph 49 of the Complaint.

50.     Defendants deny the allegations in Paragraph 50 of the Complaint.

51.     Defendants deny the allegations in Paragraph 51 of the Complaint.

52.     Defendants deny the allegations in Paragraph 52 of the Complaint.

53.     Defendants deny the allegations in Paragraph 53 of the Complaint.

54.     Defendants deny the allegations in Paragraph 54 of the Complaint.

55.     Defendants deny the allegations in Paragraph 55 of the Complaint.

56.     Defendants deny the allegations in Paragraph 56 of the Complaint.

57.     Defendants deny the allegations in Paragraph 57 of the Complaint.

58.     Defendants deny the allegations in Paragraph 58 of the Complaint.

59.     Defendants deny the allegations in Paragraph 59 of the Complaint.

60.     Defendants deny the allegations in Paragraph 60 of the Complaint.

61.     Defendants deny the allegations in Paragraph 61 of the Complaint.

62.     Defendants deny the allegations in Paragraph 62 of the Complaint.

63.     Defendants deny the allegations in Paragraph 63 of the Complaint.

64.     Defendants deny the allegations in Paragraph 64 of the Complaint.

65.     Defendants deny the allegations in Paragraph 65 of the Complaint.

66.     Defendants deny the allegations in Paragraph 66 of the Complaint.

67.     Defendants deny the allegations in Paragraph 67 of the Complaint.

68.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 68 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 68 of the Complaint.

69.     Defendants deny the allegations in Paragraph 69 of the Complaint.

Answer of Defendants to Class Action Complaint

70.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 70 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 70 of the Complaint.

71.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 71 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 71 of the Complaint.

72.     Defendants deny the allegations in Paragraph 72 of the Complaint.

73.     Defendants deny the allegations in Paragraph 73 of the Complaint.

74.     Defendants deny the allegations in Paragraph 74 of the Complaint.

**CLASS ACTION ALLEGATIONS**

75.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 75 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 75 of the Complaint.

76.     Defendants deny the allegations in Paragraph 76 of the Complaint.

77.     Defendants deny the allegations in Paragraph 77 of the Complaint.

78.     Defendants deny the allegations in Paragraph 78 of the Complaint.

79.     Defendants deny the allegations in Paragraph 79 of the Complaint.

80.     Defendants deny the allegations in Paragraph 80 of the Complaint including, but not limited to, subparagraphs (a) through (q) of Paragraph 80 of the Complaint.

81.     Defendants deny the allegations in Paragraph 80 of the Complaint.

82.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 82 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 82 of the Complaint.

**FIRST CLAIM FOR RELIEF**

83.     Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

84.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 84 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 84 of the Complaint.

85.     Defendants deny the allegations in Paragraph 85 of the Complaint including, but not limited to, subparagraphs (a) through (d) of Paragraph 85 of the Complaint.

86.     Defendants admit that they each have OBLIGATIONS TO THEIR EMPLOYEES UNDER Labor Code § 2810.5 but otherwise deny the allegations in Paragraph 86 of the Complaint.

87.     Defendants deny the allegations in Paragraph 87 of the Complaint.

88.     Defendants admit that Sycamore gave Plaintiffs the required statutory notices but otherwise deny the allegations in Paragraph 88 of the Complaint.

89.     Defendants admit that Sycamore gave Plaintiffs the required statutory notices but otherwise deny the allegations in Paragraph 89 of the Complaint.

90.     Defendants deny the allegations in Paragraph 90 of the Complaint.

91.     Defendants deny the allegations in Paragraph 91 of the Complaint.

92.     Defendants admit the allegations in Paragraph 92 of the Complaint.

**SECOND CLAIM FOR RELIEF**

93.     Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

94.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 94 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 94 of the Complain.

95.     Defendants admit the allegations in subparagraphs (a), (c), and (d) of Paragraph 95 of the Complaint. Except as expressly admitted, Defendants deny all other allegations in Paragraph 95 of the Complaint.

96.     Defendants admit the allegations in Paragraph 96 of the Complaint.

97.     Defendants admit the allegations in Paragraph 97 of the Complaint.

98.     Defendants admit the allegations in Paragraph 98 of the Complaint.

99.     Defendants admit the allegations in Paragraph 99 of the Complaint.

Answer of Defendants to Class Action Complaint

1      100.    Defendants deny the allegations in Paragraph 100 of the Complaint.

2      101.    Defendants deny the allegations in Paragraph 101 of the Complaint.

3      102.    Defendants deny the allegations in Paragraph 102 of the Complaint.

4      103.    Defendants admit that Plaintiffs seek the relief set forth in Paragraph 103 of Plaintiffs'
5  Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 103 of the
6  Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief
7  whatsoever.

8      104.    Defendants admit that Plaintiffs seek the relief set forth in Paragraph 104 of Plaintiffs'
9  Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 104 of the
10  Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief
11  whatsoever.

12                **THIRD CLAIM FOR RELIEF**

13      105.    Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs
14  of this Answer as if set forth herein in full.

15      106.    Defendants lack sufficient information, knowledge, and/or belief to admit or deny
16  the allegations in Paragraph 106 of the Complaint, and on that basis, Defendants deny the allegations
17  in Paragraph 106 of the Complaint.

18      107.    Defendants admit the allegations in Paragraph 107 of the Complaint.

19      108.    Defendants admit the allegations in Paragraph 108 of the Complaint.

20      109.    Defendants deny the allegations in Paragraph 109 of the Complaint.

21      110.    Defendants deny the allegations in Paragraph 110 of the Complaint.

22      111.    Defendants deny the allegations in Paragraph 111 of the Complaint.

23      112.    Defendants deny the allegations in Paragraph 112 of the Complaint.

24      113.    Defendants admit that Plaintiffs seek the relief set forth in Paragraph 113 of Plaintiffs'
25  Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 113 of the
26  Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief
27  whatsoever.

28

**FOURTH CLAIM FOR RELIEF**

114.    Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

115.    Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 115 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 115 of the Complaint.

116.    Defendants admit the allegations in Paragraph 116 of the Complaint.

117.    Defendants admit the allegations in Paragraph 117 of the Complaint.

118.    Defendants deny the allegations in Paragraph 118 of the Complaint.

119.    Defendants deny the allegations in Paragraph 119 of the Complaint.

120.    Defendants deny the allegations in Paragraph 120 of the Complaint.

121.    Defendants admit that Plaintiffs seek the relief set forth in Paragraph 121 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 121 of the Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

**FIFTH CLAIM FOR RELIEF**

122.    Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

123.    Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 123 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 123 of the Complaint.

124.    Defendants admit the allegations in Paragraph 124 of the Complaint.

125.    Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 125 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 125 of the Complaint.

126.    Defendants deny the allegations in Paragraph 126 of the Complaint.

127.    Defendants admit that Plaintiffs seek the relief set forth in Paragraph 127 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 127 of the

Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

## SIXTH CLAIM FOR RELIEF

128.    Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

129.    Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 129 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 129 of the Complaint.

130.    Defendants deny the allegations in Paragraph 130 of the Complaint.

131.    Defendants deny the allegations in Paragraph 131 of the Complaint.

132.    Defendants deny the allegations in Paragraph 132 of the Complaint.

133.    Defendants deny the allegations in Paragraph 133 of the Complaint.

134.    Defendants deny the allegations in Paragraph 134 of the Complaint.

135.    Defendants deny the allegations in Paragraph 135 of the Complaint.

136.    Defendants deny the allegations in Paragraph 136 of the Complaint.

137.    Defendants deny the allegations in Paragraph 137 of the Complaint.

138.    Defendants admit that Plaintiffs seek the relief set forth in Paragraph 138 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 138 of the Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

139.    Defendants admit that Plaintiffs seek the relief set forth in Paragraph 139 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 139 of the Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

## SEVENTH CLAIM FOR RELIEF

140.    Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

141.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 141 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 141 of the Complaint.

142.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 142 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 142 of the Complaint.

143.     Defendants deny the allegations in Paragraph 143 of the Complaint.

144.     Defendants admit that Plaintiffs seek the relief set forth in Paragraph 144 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 144 of the Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

**EIGHTH CLAIM FOR RELIEF**

145.     Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

146.     Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 146 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 146 of the Complaint.

147.     Defendants admit the allegations in Paragraph 147 of the Complaint.

148.     Defendants admit the allegations in Paragraph 148 of the Complaint.

149.     Defendants admit the allegations in Paragraph 149 of the Complaint.

150.     Defendants deny the allegations in Paragraph 150 of the Complaint.

151.     Defendants deny the allegations in Paragraph 151 of the Complaint.

152.     Defendants admit that Plaintiffs seek the relief set forth in Paragraph 152 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 152 of the Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

153.     Defendants admit that Plaintiffs seek the relief set forth in Paragraph 153 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 153 of the

Answer of Defendants to Class Action Complaint

Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

## NINTH CLAIM FOR RELIEF

154.   Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

155.   Defendants lack sufficient information, knowledge, and/or belief to admit or deny the allegations in Paragraph 155 of the Complaint, and on that basis, Defendants deny the allegations in Paragraph 155 of the Complaint.

156.   Defendants admit the allegations in Paragraph 156 of the Complaint.

157.   Defendants admit the allegations in Paragraph 157 of the Complaint.

158.   Defendants deny the allegations in Paragraph 158 of the Complaint.

159.   Defendants admit that Plaintiffs seek the relief set forth in Paragraph 159 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 159 of the Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

160.   Defendants deny the allegations in Paragraph 160 of the Complaint.

161.   Defendants admit that Plaintiffs seek the relief set forth in Paragraph 161 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 161 of the Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

162.   Defendants admit that Plaintiffs seek the relief set forth in Paragraph 162 of Plaintiffs' Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 162 of the Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief whatsoever.

## TENTH CLAIM FOR RELIEF

163.   Defendants repeat and reassert their responses to, and admit or deny, the Paragraphs of this Answer as if set forth herein in full.

1   164.   Defendants lack sufficient information, knowledge, and/or belief to admit or deny

2   the allegations in Paragraph 164 of the Complaint, and on that basis, Defendants deny the allegations

3   in Paragraph 164 of the Complaint.

4   165.   Defendants admit the allegations in Paragraph 165 of the Complaint.

5   166.   Defendants lack sufficient information, knowledge, and/or belief to admit or deny

6   the allegations in Paragraph 166 of the Complaint, and on that basis, Defendants deny the allegations

7   in Paragraph 166 of the Complaint.

8   167.   Defendants deny the allegations in Paragraph 167 of the Complaint.

9   168.   Defendants lack sufficient information, knowledge, and/or belief to admit or deny

10   the allegations in Paragraph 168 of the Complaint, and on that basis, Defendants deny the allegations

11   in Paragraph 168 of the Complaint.

12   169.   Defendants deny the allegations in Paragraph 169 of the Complaint.

13   170.   Defendants deny the allegations in Paragraph 170 of the Complaint.

14   171.   Defendants deny the allegations in Paragraph 171 of the Complaint.

15   172.   Defendants deny the allegations in Paragraph 172 of the Complaint.

16   173.   Defendants deny the allegations in Paragraph 173 of the Complaint.

17   174.   Defendants deny the allegations in Paragraph 174 of the Complaint.

18   175.   Defendants deny the allegations in Paragraph 175 of the Complaint.

19   176.   Defendants deny the allegations in Paragraph 176 of the Complaint.

20   177.   Defendants deny the allegations in Paragraph 177 of the Complaint.

21   178.   Defendants deny the allegations in Paragraph 178 of the Complaint.

22   179.   Defendants admit that Plaintiffs seek the relief set forth in Paragraph 179 of Plaintiffs'

23   Complaint. Except as expressly admitted, Defendants deny the allegations in Paragraph 179 of the

24   Complaint including, but not limited to, that Plaintiffs are entitled to the relief requested or any relief

25   whatsoever.

26                                   **RELIEF REQUESTED**

27   Defendants deny that Plaintiffs and those Plaintiffs purportedly seek to represent are entitled

28   to the relief enumerated in Plaintiffs' prayer for relief, entitled "Prayer for Relief," including, but not

1  limited to, the relief enumerated in Paragraphs a through q of Plaintiffs' "Prayer for Relief" in the

2  Complaint, or any relief whatsoever.

3  ## AFFIRMATIVE DEFENSES

4      As separate and distinct affirmative defenses, and without admitting any of Plaintiffs'

5  allegations or conceding the burden of proof as to any issue found to be an element of any of

6  Plaintiffs' causes of action asserted in Plaintiffs' Complaint, rather than an element of an affirmative

7  defense, Defendants allege the following affirmative defenses; except as noted below, Defendants

8  state each of the following affirmative defenses as a separate and distinct affirmative defense to the

9  Complaint and each claim for relief asserted therein:

10  ### FIRST AFFIRMATIVE DEFENSE

11  ### (Failure to State a Claim)

12      Plaintiffs' Complaint, and each and every claim for relief in the Complaint, fail to state facts

13  sufficient to constitute a claim for relief against Defendants.

14  ### SECOND AFFIRMATIVE DEFENSE

15  ### (Standing)

16      Plaintiffs' Complaint, and each and every claim for relief asserted therein, are barred because

17  Plaintiffs lack standing and is without any authority to maintain this action.

18  ### THIRD AFFIRMATIVE DEFENSE

19  ### (Statute of Limitations)

20      Plaintiffs' claims are barred by the applicable statute of limitations, but not limited to, Code

21  of Civil Procedure sections 337 (written contract), 338(a) (liability created by statute), 339 (oral

22  contract), 340(a) and (b) (penalties), and 343 (for actions otherwise not provided for), and Business

23  and Professions Code section 17208 (UCL claims).

24  ### FOURTH AFFIRMATIVE DEFENSE

25  ### (Good Faith)

26      Plaintiffs' Complaint, and each claim for relief in the Complaint, are barred, in whole or in

27  part, because at all relevant times, Defendants acted in good faith belief.

28  ///

Answer of Defendants to Class Action Complaint

**FIFTH AFFIRMATIVE DEFENSE**

**(Consent)**

Plaintiffs' claims in their Complaint and the claims of those that Plaintiffs purportedly seek to represent are barred, in whole or in part, because at all times relevant to this action, Plaintiffs and those that Plaintiffs purportedly seek to represent consented, expressly or implicitly, to the alleged conduct of Defendants that allegedly caused the damages for which recovery is sought in this action.

**SIXTH AFFIRMATIVE DEFENSE**

**(Uncertain)**

Plaintiffs' Complaint, and each and every claim for relief asserted therein, are uncertain and allege conclusions of law.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Res Judicata and/or Collateral Estoppel)**

Plaintiffs' Complaint is barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel as to Plaintiffs and members of the putative class to the extent their claims have been adjudicated in other proceedings. Likewise, Plaintiffs' effort to have this case certified as a class action is barred by the doctrines of res judicata and/or collateral estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

Plaintiffs' Complaint, and every claim for relief asserted therein, are barred, in whole or in part, by the failure of Plaintiffs to exercise due care to avoid, mitigate, or protect against any damages they claim to have sustained as alleged in Plaintiffs' Complaint.

**NINTH AFFIRMATIVE DEFENSE**

**(Preemption)**

Plaintiffs' First Claim for relief is preempted by the California Agricultural Labor Relations Act ("ALRA"), California Labor Code Sections 1140 *et seq.*

///

///

///

Answer of Defendants to Class Action Complaint

1

## TENTH AFFIRMATIVE DEFENSE

2

### (Indemnity or Contribution)

3    Although Defendants deny that it is responsible for any of the damages allegedly suffered by

4    Plaintiffs, if Defendants are found to be responsible for any part of the damages allegedly suffered

5    by Plaintiffs, Defendants are entitled to indemnity or contribution from them or third parties.

6

## ELEVENTH AFFIRMATIVE DEFENSE

7

### (Accord and Satisfaction and Release)

8    Plaintiffs' Complaint, and each claim for relief therein, are barred, in whole or in part, by the

9    doctrine of waiver, and/or accord and satisfaction, and release because Plaintiffs, and those that

10   Plaintiffs purportedly seek to represent, executed releases and/or other agreement discharging and/or

11   waiving their own right to assert the claims against Defendants pleaded in the Complaint.

12

## TWELFTH AFFIRMATIVE DEFENSE

13

### (Unconstitutional Penalties)

14   Although Defendants deny that it has committed or has responsibility for any act that could

15   support recovery against Defendants in this lawsuit, if any, to the extent any such act is found, such

16   recovery against Defendants is unconstitutional under numerous provisions of the United States

17   Constitution and the California Constitution, including the Excessive Fines Clause of the Eighth

18   Amendment, the Due Process clauses of the Fifth Amendment and Section 1 of the Fourteenth

19   Amendment and other provisions of the United States Constitution, and the Excessive Fines Clause

20   of Section 17 of Article I, the Due Process Clause of Section 7 of Article I and other provisions of

21   the California Constitution.

22

## THIRTEENTH AFFIRMATIVE DEFENSE

23

### (Reduction of Civil Penalties)

24   If Plaintiffs, and the individuals on whose behalf Plaintiffs seek relief, are entitled to recover

25   any penalty against Defendants, such penalty must be reduced because it would be unjust, arbitrary,

26   oppressive, or confiscatory.

27   ///

28   ///

Answer of Defendants to Class Action Complaint

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Actual Damage)

Neither Plaintiffs, the individuals on whose behalf Plaintiffs seek relief, nor any other person suffered any damage if Defendants failed to comply with Labor Code Section 226.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Avoidable Consequences)

Plaintiffs' Third and Fourth Claim for relief is each barred or should otherwise be denied, in whole or in part, because any violations of the meal or rest break period requirements, if any, could have been avoided by Plaintiffs with reasonable effort by taking the breaks offered to him.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs' claims in their Complaint and the claims of those that Plaintiffs purportedly seek to represent are barred by the doctrine of laches due to Plaintiffs' delay in bringing their claims.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

Plaintiffs and those that Plaintiffs purportedly seek to represent have each waived their right to maintain and are estopped from asserting each and every claim for relief asserted in Plaintiffs' Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiffs have not come to the Court with clean hands. As a result, Plaintiffs are not entitled to the relief requested in Plaintiffs' Complaint.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Remedies)

Each of the Plaintiffs' claims are barred for Plaintiffs' failure to fully exhaust administrative, judicial, and/or collective bargaining or other employment agreement remedies, including mediation and/or arbitration.

///

## TWENTIETH AFFIRMATIVE DEFENSE

### (Conflicts of Interest)

Plaintiffs cannot establish and maintain a class action because conflicts of interest exist among class members. Plaintiffs' purported class would include employees who were subject to vastly different working conditions and who correspondingly may have different interests. Additionally, the purported class includes both former employees of Defendants and current employees of Defendants. These two groups have conflicting interests in the continued viability and profitability of Defendants because only the latter group must take into account the effect of a settlement or judgment will have on wages, layoffs, profit-sharing, and bonuses.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Impossibility)

As to the Seventh Claim for relief, it was impossible for Defendants to produce or make available the requested records.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Waiting Time Penalties or Liquidated Damages)

Plaintiffs are not entitled to waiting time penalties or liquidated damages because Defendants did not fail, much less willfully fail, to pay any wages due, and Defendants acted in good faith, including in accordance with 8 C.C.R. section 13520.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Inability to Bring Representative Action)

Plaintiffs have not and cannot satisfy the requirements of Federal Rules of Civil Procedure Rule 23.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Invalidity of Wage Order)

Defendants allege that the claims alleged in the Complaint, or some of them, are barred because the operative Industrial Welfare Commission Wage Order is invalid or unenforceable under applicable law.

///

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Not Employer)

Plaintiffs were not, and the individuals on whose behalf Plaintiffs seek relief were not, Defendants' employees.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Provision of Meal and Rest Periods)

Plaintiffs were provided meal and rest periods and have never been denied the right to take a meal or rest period to which they were entitled.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (No Reimbursable Business Expenses)

Plaintiffs' Fifth Claim for relief is barred because Plaintiffs incurred no necessary expenditures or losses in the discharge of their duties, or because Defendants had no knowledge of them.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Equitable Defenses to UCL Claim)

Plaintiffs' claims brought under California Business and Professions Code Sections 17200, *et seq.*, are barred by equitable principles and defenses, including failure to mitigate, laches, and an adequate remedy at law. Plaintiffs have failed to demonstrate, and indeed Plaintiffs cannot demonstrate, that Plaintiffs lack an adequate remedy at law. To the contrary, although Defendants deny any and all wrongdoing, Plaintiffs' Complaint demonstrates that Plaintiffs indeed have an adequate remedy at law for the alleged acts or omissions of Defendants, as each of Plaintiffs' claims against Defendants is tied to a statute with a statutory remedy. Accordingly, Plaintiffs' Ninth Claim for relief is barred. *See Prudential Home Mortgage Co. v. Superior Court*, 66 Cal. App. 4th 1236, 1249 (1998) (finding that where a plaintiff has an adequate remedy at law, UCL relief is not proper).

///

///

///

///

1

## TWENTY-NINTH AFFIRMATIVE DEFENSE

2

### (Setoff)

3    As to all causes of action, Defendants are entitled to partially or fully setoff Plaintiffs'

4  claimed wages insofar as each Plaintiff failed to work all of their reported hours but was paid for

5  same.

6

## **PRAYER FOR RELIEF**

7    WHEREFORE, Defendants pray for judgment against Plaintiffs as follows:

8    1.    That Plaintiffs take nothing by this action;

9    2.    That Defendants be awarded reasonable attorneys' fees and its costs of suit incurred

10  herein; and

11    3.    For such other and further relief as the Court may deem just and proper.

12

13  Dated: December 23, 2019                    BELDEN BLAINE RAYTIS, LLP

14

15                            By: */s/ Kaleb L. Judy*
16                            KALEB L. JUDY,
                              Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

Answer of Defendants to Class Action Complaint

1

## DEMAND FOR JURY TRIAL

2        Pursuant to Federal Rules of Civil Procedure, Rule 38(b), and Rule 201 of the Local Rules

3   for the United States District Court for the Eastern District of California, Defendants ANTHONY

4   VINEYARDS, INC. and SYCAMORE LABOR, INC. hereby demand a jury trial in the above-

5   entitled action for all issues triable by jury.

6   Dated: December 23, 2019                 BELDEN BLAINE RAYTIS, LLP

7

8                             By: */s/ Kaleb L. Judy*

9                             T. SCOTT BELDEN,
                              Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer of Defendants to Class Action Complaint