T. Scott Belden, SBN 184387
*scott@bbr.law*
Kaleb L. Judy, SBN 266909
*kaleb@bbr.law*
Angelo A. Villarreal, SBN 315917
*angelo@bbr.law*
BELDEN BLAINE RAYTIS, LLP
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7827
Facsimile: (661) 878-9797

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, an individual, and EUGENIO ANTONIO-CRUZ, an individual, on behalf of themselves and all other persons similarly situated, the State of California and current and former aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VINEYARDS, INC., a California Corporation, and SYCAMORE LABOR, INC., a California Corporation.<br><br>Defendants. | Case No. 1:19-cv-01404-DAD-JLT<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING PARALLEL LITIGATION**<br><br>Date:    January 21, 2020<br>Time:   9:30 a.m.<br>Place:   Bakersfield Courtroom<br>          510 19th Street<br>          Bakersfield, CA 93301<br>Judge:  Honorable Jennifer L. Thurston<br><br>Complaint Filed: October 04, 2019<br>Trial Date:  None Set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants ANTHONY VINEYARDS, INC. and SYCAMORE LABOR, INC. (collectively "Defendants") hereby request that the Court take judicial notice of the following facts, pursuant to Federal Rules of Evidence, Rule 201:

1.     The *Class Action Complaint for Damages* ("Class Action Complaint") filed in the California Superior Court for the County of Riverside on March 15, 2019 by plaintiff Jose Luis Villanueva Ceja, individually and on behalf of other members of the general public similarly situated, against Anthony Vineyards, Inc. and Sycamore Labor, Inc., Case No. RIC1901905. Judicial notice is requested pursuant to Federal Rules of Evidence, Rule 201(b), because it is a reliable public record that is capable of accurate and ready determination by resort to resources whose accuracy cannot reasonably be disputed.  A true and correct copy of the Class Action Complaint is attached to the *Exhibits in Support of Defendants' Motion to Stay Proceedings Pending Parallel Litigation, and Request for Judicial Notice* (the "Exhibits") as Exhibit 2.

Dated: December 23, 2019                              BELDEN BLAINE RAYTIS, LLP

By: */s/ T. Scott Belden*
T. SCOTT BELDEN,
Attorneys for Defendants