UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY VINEYARDS, INC., et al., <br><br> Defendantss. | No.  1:19-cv-01404-DAD-JLT <br><br> ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), defendants' motion to strike PAGA representative allegations (Doc. No. 81) is hereby referred to United States Magistrate Judge Jennifer L. Thurston for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).  Accordingly, the hearing on the motion set for December 7, 2020 before Magistrate Judge Thurston will proceed before that court at a time convenient for the court.

IT IS SO ORDERED.

Dated:   **November 15, 2021**                    /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE