**ADVOCATES FOR WORKER RIGHTS LLP**
MARCO A. PALAU (Bar No. 242340)
  marco@advocatesforworkers.com
JOSEPH D. SUTTON (Bar No. 269951)
  jds@advocatesforworkers.com
ERIC S. TRABUCCO (Bar No. 295473)
  est@advocatesforworkers.com
212 9th Street, Suite 314
Oakland, California 94607
Telephone: (510) 269-4200

Attorneys for Plaintiffs

**LAW OFFICES OF SANTOS GOMEZ**
SANTOS GOMEZ (Bar No. 172741)
  santos@lawofficesofsantosgomez.com
DAWSON MORTON (Bar No. 320811)
  dawson@lawofficesofsantosgomez.com
1003 Freedom Boulevard
Watsonville, California 95076
Telephone: (831) 228-1560

(Additional counsel listed on next page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—BAKERSFIELD DIVISION

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, an individual, and EUGENIO ANTONIO-CRUZ, an individual, on behalf of themselves and all other persons similarly situated, the State of California and current and former aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY VINEYARDS, INC., a California Corporation, and SYCAMORE LABOR, INC., a California Corporation,<br><br>Defendants. | Civ. Act. No. 1:19-cv-01404-DAD-JLT<br><br>**STIPULATION & [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO OBJECT TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. 91) |

**BELDEN BLAINE RAYTIS, LLP**
T. SCOTT BELDEN, (Bar No. 184387)
  scott@bbr.law
KALEB L. JUDY (Bar No. 266909)
  kaleb@bbr.law
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7826

Counsel for Defendants

1    Plaintiffs Sebastiana Martinez-Sanchez and Eugenio Antonio Cruz ("Plaintiffs") and
2 Defendants Anthony Vineyards, Inc. and Sycamore Labor, Inc. ("Defendants") (collectively, "the
3 Parties"), by and through their respective counsel of record, hereby submit this stipulation and
4 proposed order to extend the deadline to file written objections to the Magistrate Judge's Findings
5 and Recommendations granting in part Plaintiffs' Motion for Class Certification.  The Parties believe
6 that good cause exists to extend that deadline, from December 17, 2021 to January 5, 2022; the same
7 day the Parties' objections to the Magistrate Judge's Findings and Recommendations on another
8 motion are due, specifically Defendants' Motion to Strike PAGA Allegations.
9    The Parties also contend that good cause exists to extend the Parties' respective deadlines to
10 file Replies to the aforementioned objections, from 14 days to 30 days (from when the objections are
11 filed).
12    Here, Plaintiffs filed their Motion for Class Certification on April 30, 2021.  On June 30, 2021,
13 Defendants filed their opposition to the motion, to which Plaintiffs filed a reply on July 30, 2021.
14 The Court granted leave to file a sur-reply on the issue of allowing a new class representative to be
15 named, which Defendants filed on August 16, 2021.  Plaintiffs filed a reply to the sur-reply on August
16 23, 2021.
17    On October 22, 2021, Defendants filed their Motion to Strike PAGA Allegations. Plaintiffs
18 filed their Opposition on November 23, 2021, to which Defendants filed a reply on November 30,
19 2021.
20    On November 18, 2021, the Honorable Jennifer L. Thurston issued her Findings and
21 Recommendations granting in part Plaintiffs' Motion for Class Certification, pursuant to the
22 provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United
23 States District Court, Eastern District of California. Those Findings and Recommendations are
24 approximately 51 pages long. (Dkt. #86.)
25    On December 6, 2021, the Honorable Jennifer L. Thurston issued her Findings and
26 Recommendations granting in part Defendants' Motion to Strike PAGA Allegations.
27    Pursuant to the Court's orders, the Parties may file written objections to the Findings and
28 Recommendations within thirty days after being served, and any reply to those objections shall be

1  filed and served within fourteen days of the date of service of the objection(s).

2  Whereas, the Parties jointly request additional time to file written objections to the Findings
3  and Recommendations on Plaintiffs' Motion for Class Certification. Also, the Parties jointly request
4  additional time to file Replies to those objections, and Replies to their respective objections to the
5  Findings and Recommendations on Defendants' Motion to Strike PAGA Allegations.

6  Specifically, the Parties request that the deadline to file written objections to the Findings
7  and Recommendations on Plaintiffs' Motion for Class Certification be extended to January 5, 2022,
8  the same day objections to the Findings and Recommendations on Defendants' Motion to Strike
9  PAGA Allegations are due.  Furthermore, the Parties request until February 4, 2022, to file replies
10 to those objections.

11 Whereas, the Parties reasonably anticipate that they will require additional time to finish
12 their objections to the Findings and Recommendations on Plaintiffs' Motion for Class Certification,
13 and to file replies to those objections, based on the number and complexity of issues therein. In
14 addition, the current objection and reply deadlines are in close proximity to the Christmas and New
15 Year's holidays.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1   As such, the Parties stipulate and respectfully request the Court modify the current
2   deadlines, as follows:

|  | **CURRENT DEADLINE** | **PROPOSED MODIFIED DEADLINE** |
|---|---|---|
| **Written Objections to Findings and Recommendations granting in part Plaintiffs' Motion for Class Certification** | December 17, 2021 | January 5, 2022 |
| **Written Objections to Findings and Recommendations granting in part Defendants' Motion to Strike PAGA** | January 5, 2022 | January 5, 2022 (Unchanged) |
| **Replies to Written Objections** | Within 14 days of service of objection | February 4, 2022 |

IT IS SO STIPULATED.

Dated:  December ___, 2021         **ADVOCATES FOR WORKER RIGHTS LLP**

By: */s/*
         Marco A. Palau
         Joseph D. Sutton
         Eric S. Trabucco
         Attorney for Plaintiffs

Dated:  December ___, 2021         **LAW OFFICES OF SANTOS GOMEZ**

By: */s/*
         Dawson Morton
         Santos Gomez
         Attorney for Plaintiffs

Dated:  December ___, 2021         **BELDEN BLAINE RAYTIS, LLP**

By: */s/*
         Kaleb L. Judy
         Viviano E. Aguilar
         Attorney for Defendants

**[PROPOSED] ORDER**

Good cause appearing, the Court grants the parties stipulation to extend the deadline to object the Magistrate Judge's Findings and Recommendations granting in part Plaintiffs' Motion for Class Certification (Dkt. #86), as follows:

|  | **CURRENT DEADLINE** | **PROPOSED MODIFIED DEADLINE** |
|---|---|---|
| **Written Objections to Findings and Recommendations granting in part Plaintiffs' Motion for Class Certification** | December 17, 2021 | January 5, 2022 |
| **Written Objections to Findings and Recommendations granting in part Defendants' Motion to Strike PAGA** | January 5, 2022 | January 5, 2022 |
| **Replies to Written Objections** | Within 14 days of service of objection | February 4, 2022 |

IT IS SO ORDERED.

Dated:   **December 13, 2021**              _____ **/s/ Jennifer L. Thurston**
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE