# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, et al., <br><br>Plaintiffs, <br><br>v. <br><br>ANTHONY VINEYARDS, INC., et al., <br><br>Defendants. | Case No.  1:19-cv-01404-DAD-JLT <br><br> ORDER CONTINUING SETTLEMENT CONFERENCE <br><br>(ECF No. 93) |

On December 28, 2021, the parties filed a stipulated request to continue the settlement conference currently set for January 11, 2022 before Magistrate Judge Stanley A. Boone. (ECF No. 93; see also ECF No. 30 at 5–6 (scheduling order setting settlement conference).) The parties seek to continue the settlement conference to a date in June 2022 in light of the Court's recent findings and recommendations partially granting Plaintiffs' motion for class certification and Defendants' motion to strike PAGA allegations, so that they parties may file objections to the findings and recommendations currently pending and then better assess the status of the case in order to participate in meaningful settlement discussions.  (Id.)  The parties also proffer they participated in a full day "global" mediation regarding another putative wage and hour class action currently pending in the Riverside County Superior Court, which did not result in a settlement but may nevertheless also affect the parties' settlement positions in the instant matter. (Id.)  The Court

1

finds good cause exists to continue the settlement conference set for January 11, 2022, to June 14, 2022.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The settlement conference set for January 11, 2022, is CONTINUED to **June 14, 2022, at 1:00 p.m.** in Courtroom 9; and

2. The parties shall submit their respective confidential settlement conference statements pursuant to the requirements set forth in the Court's February 21, 2020 scheduling order (ECF No. 30 at 5–6).

IT IS SO ORDERED.

Dated:   **January 5, 2022**

_____
UNITED STATES MAGISTRATE JUDGE