**ADVOCATES FOR WORKER RIGHTS LLP**
MARCO A. PALAU (Bar No. 242340)
  marco@advocatesforworkers.com
JOSEPH D. SUTTON (Bar No. 269951)
  jds@advocatesforworkers.com
ERIC S. TRABUCCO (Bar No. 295473)
  est@advocatesforworkers.com
212 9th Street, Suite 314
Oakland, California 94607
Telephone: (510) 269-4200

**LAW OFFICES OF SANTOS GOMEZ**
SANTOS GOMEZ (Bar No. 172741)
  santos@lawofficesofsantosgomez.com
DAWSON MORTON (Bar No. 320811)
  dawson@lawofficesofsantosgomez.com
1003 Freedom Boulevard
Watsonville, California 95076
Telephone: (831) 228-1560

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—BAKERSFIELD DIVISION

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, an individual, and EUGENIO ANTONIO-CRUZ, an individual, on behalf of themselves and all other persons similarly situated, the State of California and current and former aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY VINEYARDS, INC., a California Corporation, and SYCAMORE LABOR, INC., a California Corporation,<br><br>Defendants. | Case No. 1:19-cv-01404-DAD-JLT<br><br>**PLAINTIFFS' NOTICE OF NEW AUTHORITY** |

1
Plaintiffs' Notice of New Authority—Case No. 1:19-cv-01404-DAD-JLT

## I. NEW AUTHORITY OF THE CALIFORNIA COURT OF APPEALS

Plaintiffs file this notice to advise the Court of last week's decision by the California Court of Appeals, Fourth Appellate Division. *Estrada v. Royalty Carpet Mills, Inc.*, Nos. G058397, G058969, 2022 Cal. App. LEXIS 237, at *3 (Cal. Ct. App. Mar. 23, 2022). The new decision holds "a court cannot strike a PAGA claim based on manageability." *Estrada,* 2022 Cal. App. LEXIS 237, at *3. *Estrada* concludes that "[a]llowing dismissal of unmanageable PAGA claims would effectively graft a class action requirement onto PAGA claims, undermining a core principle of these authorities. It would also interfere with PAGA's purpose as a law enforcement mechanism[.]" *Estrada*, 2022 Cal. App. LEXIS 237, at *3.

The *Estrada* decision, ordered for publication, rejects the reasoning of California Appellate decision, *Wesson v. Staples the Office Superstore, LLC,* 68 Cal. App. 5th 746 (2021), which was the reasoning found "binding precedent" by the Court in *Chavez v. Charter Communications*, 2021 U.S. Dist. LEXIS 251221 (C.D. Ca. Dec. 1, 2021), cited in Defendant's reply in opposition to Plaintiffs' objections to the Magistrate Judge's recommendations to strike PAGA allegations. ECF 99 at 6.

The decision of the California Court of Appeals is attached hereto.

Respectfully submitted,

Dated: April 1, 2022

**LAW OFFICES OF SANTOS GOMEZ**

s/ D. Morton
Santos Gomez
Dawson Morton
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I have on April 1, 2022 electronically filed the foregoing PLAINTIFFS' NOTICE OF NEW AUTHORITY with the Clerk using the Court's CM/ECF system. This filing will be served upon the Defendants in this action using the Court's CM/ECF system which will electronically notice

    T. Scott Belden
    scott@bbr.law
    Kaleb Judy
    kaleb@bbr.law
    Cherri Jo Bassler
    cherrijo@bbr.law
    BELDEN BLAINE RAYTIS, LLP
    5016 California Avenue, Suite 3
    Bakersfield, California 93309

Attorneys for Defendants Anthony Vineyards, Inc. and Sycamore Labor, Inc.

                                                      <u>s/ Dawson Morton</u>
                                                      Dawson Morton