# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, et al., | Case No. 1:19-cv-01404-DAD-BAK |
| Plaintiffs, | ORDER CONTINUING SETTLEMENT CONFERENCE TO SEPTEMBER 26, 2022 |
| v. | (ECF No. 104) |
| ANTHONY VINEYARDS, INC., et al., | |
| Defendants. | |

On May 31, 2022, the parties filed a stipulated request to continue the settlement conference currently set for June 14, 2022 before Magistrate Judge Stanley A. Boone. (ECF Nos. 94, 104.) The parties seek to continue the settlement conference to a date in June 2022 in light of the Court's pending findings and recommendations partially granting Plaintiffs' motion for class certification and Defendants' motion to strike PAGA allegations. The Court finds good cause to continue the settlement conference.

///

///

///

///

///

1

1    Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS
2 HEREBY ORDERED that the settlement conference set for June 14, 2022, is CONTINUED to
3 September 26, 2022, at 1:00 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **June 1, 2022**

UNITED STATES MAGISTRATE JUDGE