# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, et al., <br><br>Plaintiffs, <br><br>v. <br><br>ANTHONY VINEYARDS, INC., et al., <br><br>Defendants. | Case No. 1:19-cv-01404-ADA-BAK <br><br>ORDER CONTINUING SETTLEMENT CONFERENCE TO JANUARY 11, 2023 AT 1:00 P.M. <br><br>(ECF No. 107) |

    A scheduling order issued on February 21, 2020, that set a settlement conference for January 11, 2022, before Magistrate Judge Stanley A. Boone, the Magistrate Judge that is now temporarily assigned to this action. (ECF No. 30.) A findings and recommendations recommending that Plaintiffs' motion for class certification be granted in part, was issued on November 18, 2021. (ECF No. 86.) Objections to the findings and recommendations have been filed. (ECF Nos. 95, 97.) On January 5, 2022, and June 2, 2022, the settlement conference was continued due to the pending findings and recommendations. (ECF Nos. 94, 105.) The settlement conference is currently set for September 26, 2022. (ECF No. 105.)

    On September 21, 2022, the parties filed a stipulated request to again continue the settlement conference due to the pending findings and recommendations. (ECF No. 107.) The parties proffer that without a decision on the issue of a certified class, the parties are at an

impasse and submit that a settlement conference before the Magistrate Judge will not be productive at this point. The Court finds good cause to continue the settlement conference.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the settlement conference set for September 26, 2022, is CONTINUED to January 11, 2023, at 1:00 p.m. in Courtroom 9.[1]

IT IS SO ORDERED.

Dated:   **September 21, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are reminded that a confidential settlement statement is due at least five (5) court days before the settlement conference, and the Court expects any stipulation requiring continuance of a settlement conference to be filed within that same time period. (See ECF No. 30 at 6.)