# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY VINEYARDS, INC., et al., <br><br> Defendants. | Case No. 1:19-cv-01404-ADA-CDB <br><br> ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND CONTINUING SETTLEMENT CONFERENCE TO SEPTEMBER 6, 2023 <br><br> (ECF Nos. 108, 111, 116) |

Plaintiffs initiated this putative class action on October 3, 2019. (ECF No. 1.) A scheduling order issued on February 21, 2020, setting a settlement conference for January 11, 2022, before Magistrate Judge Stanley A Boone. (ECF No. 30.) The scheduling order was modified once, on December 15, 2020. (ECF No. 43.) On April 30, 2021, Plaintiffs filed a motion to certify class. (ECF No. 66.) On October 22, 2021, Defendants moved to strike PAGA representative allegations. (ECF No. 81.) The assigned Magistrate Judge has issued findings and recommendations as to both matters (see ECF Nos. 86, 90), which are currently pending before the district judge. The settlement conference was continued multiple times. (ECF Nos. 94, 105, 108.) Each time the settlement conference was continued, the parties proffered that Defendants were unwilling to consider class resolution of the matter while objections to the findings and recommendations remained pending, and that meaningful settlement negotiations

1

were not possible.

On March 24, 2023, the parties filed a stipulation requesting to again continue the settlement conference. (ECF No. 116.) The instant stipulation is substantially similar to prior stipulations to continue the settlement conference: the parties proffer that meaningful settlement negotiations are not possible while the district judge's ruling on the findings and recommendations remains pending and therefore seek to continue the date. In the instant stipulation, the parties request the settlement conference be continued to a date in September of 2023, or thereafter. The Court finds good cause to grant the request.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The settlement conference set for April 24, 2023, is CONTINUED to **September 6, 2023,** at **11:30 a.m.** in **Courtroom 9**;[1] and

2. The parties shall file their confidential settlement statements no later than **seven (7) days** prior to the settlement conference.

IT IS SO ORDERED.

Dated:   **March 26, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] Should the parties require a different date due to the unavailability of counsel or parties, they may meet and confer amongst themselves, and coordinate with the Courtroom Deputy to determine the Court's availability.