# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIANA MARTINEZ-SANCHEZ, et al., <br><br>Plaintiffs, <br><br>v. <br><br>ANTHONY VINEYARDS, INC., et al., <br><br>Defendants. | Case No. 1:19-cv-01404-ADA-CDB <br><br> ORDER RE STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND VACATING SETTLEMENT CONFERENCE <br><br>(ECF Nos. 117, 118) |

Plaintiffs initiated this putative class action on October 3, 2019. (ECF No. 1.) A scheduling order issued on February 21, 2020, setting a settlement conference for January 11, 2022, before Magistrate Judge Stanley A Boone. (ECF No. 30.) The scheduling order was modified once, on December 15, 2020. (ECF No. 43.) On April 30, 2021, Plaintiffs filed a motion to certify class. (ECF No. 66.) On October 22, 2021, Defendants moved to strike PAGA representative allegations. (ECF No. 81.) The assigned Magistrate Judge has issued findings and recommendations as to both matters (see ECF Nos. 86, 90), which are currently pending before the District Judge. The settlement conference has been continued multiple times. (ECF Nos. 94, 105, 108, 111, 117.) Each time the settlement conference was continued, the parties proffered that Defendants were unwilling to consider class resolution of the matter while objections to the findings and recommendations remained pending, and that meaningful

settlement negotiations were not possible.

On August 9, 2023, the parties filed a stipulation requesting to again continue the settlement conference. (ECF No. 118.)[1] The instant stipulation is substantially similar to prior stipulations to continue the settlement conference: the parties proffer that meaningful settlement negotiations are not possible while the District Judge's ruling on the findings and recommendations remains pending and therefore seek to continue the date. The parties request the settlement conference be continued to a date in December of 2023. Given the numerous continuances of the settlement conference in this action, the Court finds it prudent to vacate the settlement conference rather than resetting again. If and when the parties in a position to proceed into the settlement conference, the parties may contact the Courtroom Deputy to arrange for the setting of a settlement conference. The Court will accommodate the setting of such conference into the Court's schedule on an expedited basis if the parties wish at that time.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the settlement conference set for September 6, 2023, is VACATED, subject to resetting at the parties' request when they are in a position to hold the settlement conference.

IT IS SO ORDERED.

Dated:   **August 30, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] As this action is not assigned to the Magistrate Judge issuing this order, the Court was not aware of the filed stipulation until the parties sent the proposed order to the Court.